# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAAS ELLINGTON,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 08CV2083 - IEG- BLM<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

On December 30, 2008, the parties submitted a joint motion to dismiss the case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, the Court grants the motion and dismisses the complaint without prejudice.

IT IS SO ORDERED.

DATED: January 5, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court